IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.:  4:09cr66-SPM/WCS

DEREK LAMAR POPE,

              Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

This cause comes before the Court on Defendant's Motion for

Resentencing Instanter (doc. 55), which the Court will treat as a motion to reduce

sentence under the Fair Sentencing Act and 18 U.S.C. § 3582(c).

Upon review, the Court finds that Defendant is not entitled to a sentence

reduction because application of Fair Sentencing Act and the guideline

amendment results in no change to Defendant's sentencing range.  Defendant

was held accountable for 309 grams of cocaine base, which qualified him for the

10-year minimum mandatory sentence under 21 U.S.C. § 841(b)(1)(A)(iii) as

amended by the Fair Sentencing Act because his offense involved more than

280 grams of cocaine base.

The 10-year minimum mandatory sentence determined Defendant's

guideline sentencing range.  Because the sentencing range has not changed,

Defendant is not eligible for a sentence reduction.  See United States v. Williams,

549 F.3d 1337 (11th Cir. 2008).  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to reduce sentence

(doc. 55) is denied.

DONE AND ORDERED this 5th day of January, 2012.

s/ Stephan P. Mickle
Stephan P. Mickle
Senior United States District Judge