IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

vs.                                                    CASE NO.:  4:09cr66-SPM/WCS

DEREK LAMAR POPE,

         Defendant.

_____/


**<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>**

        This cause comes before the Court on Defendant's Motion to Reconsider

Order Denying Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2).  Doc.

69.  Defendant was held accountable for 309 grams of cocaine base, which

qualified him for the 10-year minimum mandatory sentence under 21 U.S.C. §

841(b)(1)(A)(iii) as amended by the Fair Sentencing Act because his offense

involved more than 280 grams of cocaine base.

        The 10-year minimum mandatory sentence determined Defendant's

guideline sentencing range.  Because the sentencing range has not changed,

Defendant is not eligible for a sentence reduction.  <u>See</u> <u>United States v.</u>

<u>Williams</u>, 549 F.3d 1337 (11th Cir. 2008).  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Reconsider

Order Denying Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2), doc.

69, is denied

DONE AND ORDERED this 21st day of March, 2012

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:09cr66-SPM